### HINES, Director General of Railroads, v. PLATT. (No. 2390.)

(Court of Civil Appeals of Texas. Texarkana. July 1, 1921. Rehearing Denied Oct. 6, 1921.)

Railroads ⬅⬛5½, New, vol. 6A Key-No. Series—Director General not suable for negligence occurring before government control.

Where sweet potatoes shipped November 5, 1917, were damaged by failure to deliver at destination until November 10, a suit brought against the Director General of Railroads was not maintainable; the government not having taken over control until December 26, 1917, at which time the cause of action had arisen.

Appeal from Navarro County Court; H. E. Traylor, Judge.

Action by J. K. Platt against Walker D. Hines, Director General of Railroads. Judgment for plaintiff, and defendant appeals. Reversed and rendered.

Appellee's suit was against appellant as the Director General of Railroads. It was to recover damages appellee claimed he suffered by reason of negligence on the part of the St. Louis Southwestern Railway Company of Texas in handling a shipment of sweet potatoes delivered to it at Athens, November 5, 1917, for carriage to Corsicana. He alleged and proved that the potatoes were not transported to and delivered at the latter place until November 10, 1917, when they were in bad condition because, the jury thought, of the delay and a failure to properly ventilate the car they were in. The appeal is from a judgment in appellee's favor for $267.50.

Richard Mays, of Corsicana, for appellant.

Simkins & Simkins, of Corsicana, for appellee.

WILLSON, C. J. (after stating the facts as above). We think the trial court erred when he refused appellant's request that he instruct the jury to find in his favor. The federal government did not take over the control of railroads until December 26, 1917. 1919 Supp. U. S. Comp. St. p. 494. Appellee's cause of action arose before that time, and his suit should have been against the railroad company. For reasons stated in

---

Bolton v. Hines, 143 Ark. 601, 221 S. W. 459, it was not maintainable against the Director General.

The judgment will be reversed and judgment will be here rendered that appellee take nothing by his suit against appellant.